Shemia Fagan, OSB No. 093476
Email: sfagan@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
1607 NE 41st Avenue
Portland, OR 97232
Telephone: 503-400-7423
Facsimile: (503) 345-0806

Attorneys for Plaintiffs Brienna Williamson, Clarissa Grimm and Briauna Rodrigues

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| BRIENNA WILLIAMSON; CLARISSA GRIMM; BRIAUNA RODRIGUES,<br><br>Plaintiffs,<br><br>v.<br><br>VPS INC.,<br><br>Defendant. | Case No. 6:16-cv-02152-AA<br><br>JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR DISBURSEMENTS<br><br>COLLECTIVE ACTION |

///

///

///

///

///

Page 1 – JUDGMENT OF DISMISSAL

Based on the submitted Stipulation for Dismissal with Prejudice and without Costs or Disbursements, it is hereby ORDERED AND ADJUDGED that this case is DISMISSED in its entirety WITH PREJUDICE, and without an award of costs, disbursements or attorneys' fees to any party.

7-6-17  _____
Magistrate Judge
District

Submitted by:

Shemia Fagan, OSB No. 093476
Email: sfagan@hkm.com
HKM Employment Attorneys LLP
1607 NE 41st Avenue
Portland, OR 97232
Telephone: 503-400-7423
Facsimile: 503-345-0806
Attorneys for Plaintiffs